**FILED**
MAY 19 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR148CVE |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| RONALD PAUL PHILLIPPE, | [COUNT ONE: 18 U.S.C. §§ 1151, 1152, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country; COUNT TWO: 18 U.S.C. §§ 1151, 1152, and 2244(a)(5) – Abusive Sexual Contact with a Minor in Indian Country] |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 1151, 1152, and 2241(c)]

From in or about September 2018 and continuing through on or about October 1, 2021, more exact dates being unknown to the Grand Jury, within Indian Country in the Northern District of Oklahoma, the defendant, **RONALD PAUL PHILLIPPE**, a non-Indian, knowingly engaged in, and attempted to engage in, sexual acts with T.D., an Indian child known to the Grand Jury who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 2241(c).

## COUNT TWO
### [18 U.S.C. §§ 1151, 1152, and 2244(a)(5)]

From in or about September 2018 and continuing through on or about October 1, 2021, more exact dates being unknown to the Grand Jury, within Indian Country in the Northern District of Oklahoma, the defendant, **RONALD PAUL PHILLIPPE**, a non-Indian, knowingly engaged in and caused sexual contact with T.D., an Indian child known to the Grand Jury who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 2244(a)(5).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
STEPHANIE IHLER
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson